DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JACQUELIN JASMIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3811

[October 22, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Steven J. Levin, Judge; L.T. Case No. 19001265CAAXMX.

Carey Haughwout, Public Defender, and Breanna Atwood, Assistant Public Defender, West Palm Beach, for appellant.

Elfrid Pati and Matthew T. Hatfield, Treasure Coast Forensic Treatment Center, Indiantown, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN, JJ., and FRINK, KEATHAN, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***